UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FT. LAUDERDALE DIVISION

CASE NO. 09-61235-CIV-COHN/Seltzer

| | |
|---|---|
| EMILIO PINERO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TWIN SHOPPING CENTER SOUTH, LLC | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | / |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff, EMILIO PINERO (hereinafter "Plaintiff"), by and through his undersigned counsel, and Defendant, TWIN SHOPPING CENTER SOUTH, LLC (hereinafter, "Defendant"), by and through their undersigned counsel, and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action with prejudice.  A resolution of all matters in dispute has been made pursuant to a certain Settlement Agreement between the parties.  All parties shall bear their own attorneys fees, costs and expenses, other than those specified in said Settlement Agreement.

Respectfully submitted,

Dated this 4th day of January, 2010

**THE LAW OFFICES OF**
**LAUREN N. WASSENBERG**
*Attorney for Plaintiff*
429 Lenox Avenue, Suite 4W23
Miami Beach, Florida 33139
Telephone: (305) 537-3723
Facsimile: (305) 537-3724


By:   /s/ Lauren N. Wassenberg
LAUREN N. WASSENBERG, ESQ.
Florida Bar No. 34083
Email: WassenbergL@gmail.com

Dated this 4th day of January, 2010

**GREENBERG TRAURIG, P.A.**
*Attorneys for Defendant*
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717


By:   /s/  Ronnie Fernandez
MARLENE K. SILVERMAN
Florida Bar No. 226947
ROBERT S. FINE
Florida Bar No. 155586
RONNIE FERNANDEZ
Florida Bar No. 336520

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 4th day of January, 2010, I electronically filed the foregoing document with the Court using CM/ECF.  I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF.



   /s/   Ronnie Fernandez
RONNIE FERNANDEZ

*MIA 181,009,258v1 1-4-10*